# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 15–13–M–DLC–2 |
| Plaintiff, | |
| vs. | ORDER |
| JOSEPH ALLEN EHLI, | |
| Defendant. | |

United States Magistrate Judge Jeremiah C. Lynch entered Findings and Recommendation in this matter on September 3, 2015. Neither party objected and therefore they are not entitled to *de novo* review of the record. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). This Court will review the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Judge Lynch recommended this Court accept Joseph Allen Ehli's guilty plea after Ehli appeared before him pursuant to Federal Rule of Criminal Procedure 11,

1

and entered a plea of guilty to one count of conspiring to distribute methamphetamine in violation of 21 U.S.C. §§ 841(a)(1) and 846 (Count I), as set forth in the Indictment. In exchange for Defendant's plea, the United States has agreed to dismiss Counts II and IV of the Indictment as pled against Ehli.

I find no clear error in Judge Lynch's Findings and Recommendation (Doc. 65), and I adopt them in full, including the recommendation to defer acceptance of the Plea Agreement until sentencing when the Court will have reviewed the Plea Agreement and Presentence Investigation Report.

Accordingly, IT IS ORDERED that Joseph Allen Ehli's motion to change plea (Doc. 48) is GRANTED and Joseph Allen Ehli is adjudged guilty of Count I as charged in the Indictment.

DATED this 21st day of September, 2015.

Dana L. Christensen, Chief District Judge
United States District Court